UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| SIMRANJEET SINGH MAAN,<br><br>Plaintiff,<br><br>vs.<br><br>ATTORNEY GENERAL OF THE UNITED STATES, IN HIS OFFICIAL CAPACITY; SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, IN HIS OFFICIAL CAPACITY; DIRECTOR OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ACTING DIRECTOR, ST. PAUL FIELD OFFICE, IN HIS OFFICIAL CAPACITY; AND SHERIFF OF LAWRENCE COUNTY JAIL, IN HIS OFFICIAL CAPACITY;<br><br>Defendants. | 5:26-CV-05087-RAL<br><br>ORDER FOR UPDATE ON MERITS HEARING |

The Declaration of Deportation Officer Willliam J. Robinson, Doc. 12, filed on August 3, 2026, states that Petitioner is now in detained status, and his individual merits hearing on his asylum application is scheduled for August 11, 2026. Id. at 2. This Court's temporary restraining order expires on Tuesday, August 18, 2026, and thus there is reason to rule promptly on this habeas application. To assist in such a ruling, it is

ORDERED that the parties, whether jointly or separately, file by 2:00 p.m. Central Time on Monday, August 17, 2026, what information they have on what took place during the August 11, 2026 merits hearing.

DATED this 12th day of August, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE